**HELTON LAW GROUP, LLP**
CARRIE S. McLAIN (State Bar No. 181674)
LAURA BARRIOS (State Bar No. 247255)
CONOR R. NIDEFFER (State Bar No. 253931)
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 1010
Long Beach, California 90802
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

ATTORNEYS FOR PLAINTIFF USC UNIVERSITY HOSPITAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USC UNIVERSITY HOSPITAL, INC. and Tenet 1500 El Pablo, Inc., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV10-205 VBF (SHx)<br><br>ASSIGNED TO: HON. VALERIE FAIRBANK<br>COURT ROOM: 9<br><br>(DISCOVERY JUDGE)<br>ASSIGNED TO: HON. STEPHEN J. HILLMAN<br>COURT ROOM: 550<br><br>**ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER RE CONFIDENTIAL DISCLOSURES** |

Based upon the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Protective Order re Confidential Disclosures is entered as an Order of the Court.

DATED: June 15, 2010         By: _____
                                   HONORABLE STEPHEN J. HILLMAN